[906 NE2d 1057, 879 NYS2d 25]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD LOWE, Appellant.

Argued February 19, 2009; decided March 26, 2009

**APPEARANCES OF COUNSEL**

*Legal Aid Society*, New York City (*Amy Donner* and *Steven Banks* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Marc Krupnick* and *Alan Gadlin* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed.

The lower courts' determinations of probable cause, a mixed question of law and fact, are supported by the minutes of the in camera hearing conducted pursuant to *People v Darden* (34 NY2d 177 [1974]), and are thus beyond our further review. Accordingly, defendant's motion to suppress was properly denied.

We have considered defendant's remaining contentions and find them to be without merit.

Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur; Chief Judge LIPPMAN taking no part.

Order affirmed in a memorandum.